United States District Court
Southern District of Texas
**ENTERED**
March 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARKADII TAGANSKII, § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 4:26-764 |
| § | |
| WDN. MARTIN FRINK, *et al.* § § | |
| Respondents. § | |

### ORDER EXTENDING STAY OF TRANSFER
### OUTSIDE SOUTHERN DISTRICT OF TEXAS

Petitioner Arkadii Taganskii, a Russian national, is detained in the custody of officials with the United States Immigration and Customs Enforcement (ICE). The respondents notified the Court on March 2, 2026, that they intend to remove the petitioner to Uzbekistan on March 8, 2026. The petitioner has filed an emergency motion for a temporary restraining order (Dkt. 10).

The petitioner has invoked the Court's jurisdiction under 28 U.S.C. § 2241. "A federal court has the power under the All Writs Act to issue injunctive orders in a case even before the court's jurisdiction has been established. When potential jurisdiction exists, a federal court may issue status quo orders to ensure that once its jurisdiction is shown to exist, the court will be in a position to exercise it." *J.A.V. v. Trump*, 780 F. Supp. 3d 705, 707 (S.D. Tex. 2025) (quoting *ITT Cmty. Dev. Corp. v. Barton*, 569 F.2d 1351, 1359 n.19 (5th Cir. 1978)) (cleaned up).

To preserve the jurisdiction of the Court, and to allow proper consideration of the petitioner's filing and any response from the respondents, the Court **ORDERS** that the current stay on the petitioner's transfer outside of the Southern District of Texas is **EXTENDED** until **14 days** from the date of this order.

Any response from the respondents to the petitioner's motion for emergency relief must be filed on or before **Wednesday, March 11, 2026**. The petitioner may reply on or before **Friday**, **March 13, 2026**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____March 6_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE